According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name / Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FBDW00AO M8  6:18-PO-05035-JCL | 05/05/2018 | MARTIN, AUBREY L  MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: -  Comments: | 09/06/2018 | O | 130.00 | 0.00 | 130.00 |
| F4873152 M8  6:18-PO-05004-JCL | 07/03/2017 | MARX, HEATHER M  TRAFFIC OFFENSES, OTHER | Current: NW  New: -  Comments: | 04/05/2018 | O | 230.00 | 0.00 | 230.00 |
| F4872554 M8  6:17-PO-05038-JCL | 06/04/2017 | MCGOUSH, LAILAH S  Occupying National Forest System Lands [other] | Current: NZ  New: -  Comments: | 09/14/2017 | O | 130.00 | 75.00 | 55.00 |
| FAJD004I M5  6:18-PO-05005-JCL | 01/18/2018 | NICHOLLS, NEISHA L  TRAFFIC OFFENSES, OTHER | Current: NW  New: -  Comments: | 04/05/2018 | O | 230.00 | 0.00 | 230.00 |
| F4872805 M5  6:17-PO-05002-JCL | 01/22/2016 | NIELSEN, SAYLEN T J  TRAFFIC OFFENSES, OTHER | Current: NW  New: -  Comments: | 06/08/2017 | O | 230.00 | 0.00 | 230.00 |
| F4872806 M5  6:17-PO-05002-JCL | 01/22/2016 | NIELSEN, SAYLEN T J  MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: -  Comments: | 06/08/2017 | O | 130.00 | 0.00 | 130.00 |
| F4873241 M5  6:19-PO-05010-KLD | 10/20/2018 | NIEMELA, DAMON G  Poss/Oper Motor Veh in Viol of Mvum | Current:  New: -  Comments: | 06/13/2019 | O | 230.00 | 0.00 | 230.00 |
| FAJI002O M8  6:18-PO-05073-JCL | 06/15/2018 | OCHOA, OMAR P  TRAFFIC OFFENSES, OTHER | Current: NW  New: -  Comments: | 12/06/2018 | O | 230.00 | 0.00 | 230.00 |
| FAJI002P M8  6:18-PO-05073-JCL | 06/15/2018 | OCHOA, OMAR P  MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: -  Comments: | 12/06/2018 | O | 130.00 | 0.00 | 130.00 |
| F4872820 M5  6:19-PO-05012-KLD | 01/31/2019 | OWENS, CASSY L  Driving Off Designated Route Off Road | Current:  New: -  Comments: | 06/13/2019 | O | 230.00 | 0.00 | 230.00 |

1/2023  Jen Clark verbally gave permission to dismiss these old CVB cases to align with the Court's process of cleaning up CVB cases that are older than 2 years.

Page: 7 of 11                                                       Central Violations Bureau                                                       01/12/2023
Magistrate Judge Case Pending Report
Site: KALS Magistrate Judge: HON. JEREMIAH C. LYNCH - 77BG

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FBGB003O M5 6:19-PO-05013-KLD | 12/02/2018 | OWENS, CASSY L Use of National Forest System Land without Authorize | Current: NY New: - Comments: | 06/13/2019 | O | 130.00 | 0.00 | 130.00 |
| F5396517 M8 6:18-PO-05037-JCL | 06/19/2018 | PAJER, JAN MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW New: - Comments: | 09/06/2018 | O | 130.00 | 0.00 | 130.00 |
| F4873163 M8 6:18-PO-05009-JCL | 02/06/2018 | PARKER, KELLI L MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW New: - Comments: | 06/07/2018 | O | 130.00 | 0.00 | 130.00 |
| FAJD004Y M5 6:18-PO-05074-JCL | 09/13/2018 | PERKINS, JAMES L PUBLIC HEALTH/SAFETY; POSSESSION OF DRUG PARAPHERNALIA | Current: NW New: - Comments: | 12/06/2018 | M | 130.00 | 0.00 | 0.00 |
| FAJI002X M8 6:19-PO-05014-KLD | 10/25/2018 | QUAYLE, IRENE K Camping For a Period Longer Than Designated BY Order | Current: New: - Comments: | 06/13/2019 | O | 105.00 | 0.00 | 105.00 |
| F5362318 M8 6:18-PO-05041-JCL | 06/15/2018 | REBO, JASON D Removing Any Forest Product without Permit | Current: New: - Comments: | 09/06/2018 | O | 130.00 | 0.00 | 130.00 |
| FBGB001Q M5 6:17-PO-05013-JCL | 04/23/2017 | REHBEIN, JESSIE B MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW New: - Comments: | 06/08/2017 | O | 330.00 | 0.00 | 330.00 |
| FAJD0046 M5 6:17-PO-05028-JCL | 07/29/2017 | REYNA, PARKER T TRAFFIC OFFENSES, OTHER | Current: NW New: - Comments: | 09/14/2017 | O | 95.00 | 0.00 | 95.00 |
| F4872827 M5 6:18-PO-05042-JCL | 06/10/2018 | RHOADES, ISAIH M MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW New: - Comments: | 09/06/2018 | O | 230.00 | 0.00 | 230.00 |
| FAEC004X M8 6:18-PO-05076-JCL | 08/22/2018 | ROCKER, MARY J MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW New: - Comments: | 12/06/2018 | O | 330.00 | 0.00 | 330.00 |